JUDGE BATTS

467-08/ROSS/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SOGLASSYE INSURANCE COMPANY
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
James L. Ross (JR 6411)
Pamela L. Schultz (PS 8675)

08 CIV 7530

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SEAPORT SHIPPING NV,

                Plaintiff,

   -against-

TOPSITE PARTNERS LTD.,
                Defendant.
-----------------------------------------------------------------x

08 CV

**RULE 7.1 STATEMENT**

      The Plaintiff, SEAPORT SHIPPING NV, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
        August 26, 2008

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff
                                    SEAPORT SHIPPING NV

                  By:   _____
                          James L. Ross (JR 6411)
                          Pamela L. Schultz (PS 8675)
                          80 Pine Street
                          New York, NY 10005
                          Telephone: (212) 425-1900
                          Fax: (212) 425-1901

NYDOCS1/311312.1